OPINION — AG **** COUNTY COMMISSIONERS — AUTHORITY TO LEASE COUNTY HOSPITAL **** IF THE BOARD OF COUNTY COMMISSIONERS DETERMINES IT IS FOR THE BEST INTEREST OF A COUNTY, THEY MAY LEASE THE HOSPITAL AND EQUIPMENT THEREIN TO A PUBLIC TRUST CREATED UNDER 60 O.S. 1970 Supp. 176-180.3, [60-176] — [60-180.3] AND 60 O.S. 1961 179 [60-179], OF WHICH THE COUNTY IS BENEFICIARY WITHOUT FIRST HAVING SECURED VOTER APPROVAL OF THE LEASE AGREEMENT. CITE: 19 O.S. 1970 Supp., 789 [19-789] (WILLIAM BONNELL)